UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-0337(1) (PJS/SER) |
| Plaintiff, | |
| v. | ORDER |
| SCOTT MICHAEL LUTHER, | |
| Defendant. | |

Karen B. Schommer, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Douglas B. Altman, ALTMAN & IZEK, for defendant.

This matter is before the Court on defendant Scott Luther's objection to Magistrate Judge Becky R. Thorson's March 2, 2018 Report and Recommendation ("R&R"). Judge Thorson recommends denying Luther's motion to suppress evidence. Having reviewed the matter de novo, *see* 28 U.S.C. § 636(b)(1), Fed. R. Crim. P. 59(b)(3), the Court agrees with Judge Thorson's analysis. Accordingly, the Court overrules Luther's objection to the R&R and denies his motion to suppress.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court OVERRULES defendant's objection [ECF No. 59] and ADOPTS the R&R [ECF No. 58]. IT IS HEREBY ORDERED THAT defendant's motion to suppress [ECF No. 43] is DENIED.

Dated:  April 9, 2018                              s/Patrick J. Schiltz
                                                      Patrick J. Schiltz
                                                     United States District Judge